1  David Edward May (SBN 083734)
   Law Office of Bruce S. Osterman
2  476 Jackson Street, 3rd Floor
   San Francisco CA 94111-1624
3  Tel:   415-399-3900
   Fax:   415-399-3920
4  Email: dem@bruceosterman.com

5  Appearing specially for defendants
   Cher Koon Teo, ISDN Holdings Ltd.,
6  Kong Deyang and Xin Juan

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | FRANK CURTIS LOPEZ,           | No. CV 09-03688 RGK (FFMx)
12 |                    Plaintiff, | ~~Proposed~~ Judgment
13 | vs.                           |
14 | CHER KOON TEO, et al.,        |
15 |                   Defendants. |

16

17     Following the motion of defendants Cher Koon Teo, ISDN Holdings Ltd. (sued

18 as ISDN Holdings Pte.), Kong Deyang and Xin Juan for Summary Judgment, the

19 Court issued its decision and order granting the motion and entered the same in the

20 minutes and docket on January 14, 2011. (Docket No. 160.) For the reasons set forth

21 in the decision (Docket No. 160),

22     IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Frank Curtis

23 Lopez take nothing by his complaint, that the action is hereby dismissed on the merits

24 and that defendants Cher Koon Teo, ISDN Holdings Ltd. (sued as ISDN Holdings

25 Pte.), Kong Deyang and Xin Juan recover their costs, the amount to be determined by application to the Clerk of the Court.

26 Dated: 02.18.11

27                                            _____
                                               Hon. R. Gary Klausner, U.S. Dist. Judge